UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>JAMES CLIFFORD CREDIT,<br><br>Defendant(s). | CASE NO. C25-0168-KKE-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO JOIN CO-DEFENDANT MOTION |

Defendant James Credit has moved for leave to join and adopt the Motion to Suppress (Dkt. 44) filed by co-defendant Laron Johnson. Dkt. No. 47. The Government does not object. *Id.* at 2. Having considered the motion, the Court finds that good cause exists to permit joinder. The Court further finds that the issues raised in the co-defendant's motion apply equally to Defendant Credit, and that allowing joinder promotes judicial economy and does not prejudice the Government. IT IS HEREBY ORDERED THAT: Defendant James Credit's Motion to Join and Adopt Co-Defendant's Motion to Suppress is GRANTED.

Dated this17th day of September, 2026.

Kymberly K. Evanson
United States District Judge