UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>JAMES CLIFFORD CREDIT, et al.,<br>Defendant(s). | CASE NO. CR25-0168-KKE<br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPLY DEADLINE |

The Court has considered Defendants' joint unopposed motion to extend the deadline for filing replies to the Government's response to the motion to suppress. Dkt. No. 55. Finding good cause, the Court GRANTS the unopposed motion and ORDERS that the deadline for filing reply briefs in support of the motion to suppress is extended from September 28 to October 2, 2026. The clerk is directed to RE-NOTE the motion to suppress (Dkt. No. 44) for October 2, 2026.

Dated this 28th day of September, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge