UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>JAMES CLIFFORD CREDIT, et al.,<br><br>Defendant(s). | CASE NO. CR25-0168-KKE<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY |

This matter comes before the Court on the Government's motion to file a surreply to the defense's motion to suppress. Dkt. No. 68. As the Government's proposed surreply contains a correction to a typographical error in a timestamp and does not contain additional argument, the Court hereby GRANTS the Government's motion.

Dated this 8th day of October, 2026.

Kymberly K. Evanson
United States District Judge